JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL ROBERT HAGER, | ) | CASE NO. EDCV 06-00950 CJC (SS) |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL S. EVANS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 8, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE